UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Eric Jon Phelps** )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>THE UNITED STATES OF AMERICA )<br>)<br>Respondent. ) | Civil Nos. 07-374<br>07-653 |

## MOTION FOR SUMMARY JUDGMENT

Petitioner now moves this Court for summary judgment in the above captioned cases. Respondent still seeks enforcement of six administrative IRS summons demanding bank records of the Petitioner for the purpose of perfecting income tax audits for the years 2002, 2003, 2004 and 2005. If the Petitioner's bank records are not awarded to the Respondent within thirty (30) days upon receipt of this motion, then, either by order of the Court or by operation of law, Respondent shall be inferred to be in default, summary judgment shall be entered in favor of the Petitioner, Respondent shall be denied access to said bank records, both 26 USC 7609 cases shall be dismissed with prejudice and thus shall be res judicata.

Date: October 29, 2007

                                                         Respectfully submitted,

                                                         *Eric Jon Phelps*

                                                         Eric Jon Phelps, Sui juris
                                                         American Freeman at Common Law
                                                         203 South Fort Zellers Road
                                                         Suite D
                                                         Newmanstown, Pennsylvania
                                                         [17073]
                                                         Phone: 610-295-5082

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that Petitioner's MOTION FOR SUMMARY JUDGMENT was served upon Respondent on the 29th day of October, 2007, by depositing copies in the United States mail, postage prepaid, to:

PATRICK L. MEEHAN
United States Attorney

C/O DARA B. OLIPHANT
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C., 20044
Telephone: (202) 616-2470

FILED
OCT 30 2007
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

                                                         *Eric Jon Phelps*
                                                         Eric Jon Phelps